UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:19-CR-00356-2-D
Civil No. 5:26-CV-00029-1-D

Rodney Latrell Lewis,                  )
                                       )
            Petitioner,                )
                                       )
    v.                                 )          ORDER
                                       )
United States of America,              )
                                       )
            Respondent.                )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This ⅃3 day of March, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE